Kurt A. Kappes (SBN 146384)
Alicia Intriago (SBN 320102)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
kappesk@gtlaw.com
intriagoa@gtlaw.com

Aaron Van Nostrand (*Pro Hac Vice* Application forthcoming)
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Telephone: (973) 360-7900
Facsimile: (973) 301-8410
vannostranda@gtlaw.com

Attorneys for Defendant
DICKEY'S BARBEQUE RESTAURANTS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATZENBARGER INTERESTS, INC., JAMIL DEVELOPMENTS, INC., CHRISTIAN DEVELOPMENTS, INC. LEE VENTURES, INC. KATZENBARGER ENTERPRISES, INC., KATZ VENTURES, INC., and JARED KATZENBARGER,<br><br>Plaintiffs,<br><br>v.<br><br>DICKEY'S BARBEQUE RESTAURANTS, INC., a Texas corporation,<br><br>Defendant. | CASE NO. 2:18-cv-03241-MCE-AC<br><br>**ORDER**<br><br>[Stipulation Regarding Briefing Schedule for Plaintiffs' Motion for Preliminary Injunction] |

1 | Based on the parties' request pursuant to the parties' stipulation, dated January 24, 2019, and finding that good cause exists, the Court hereby orders:

1. Defendant's opposition to the Motion for Preliminary Injunction is now due no later than January 28, 2019.

2. Plaintiffs' reply in support of their Motion for Preliminary Injunction is now due no later than February 8, 2019.

IT IS SO ORDERED.

**Dated: January 28, 2019**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE