# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATZENBARGER INTERESTS INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DICKEY'S BARBECUE RESTAURANTS, INC., a Texas corporation,<br><br>Defendant. | No. 2:18-cv-03241-MCE-AC<br><br>**ORDER** |

On July 19, 2019, this Court filed an Order to Show Cause (ECF No. 29) directing Plaintiff Jared Katzenbarger to advise the Court in writing within ten (10) days why this case should not be dismissed. Plaintiff was specifically advised that "[f]ailure to timely comply with this order [would] result in dismissal of this action with prejudice upon no further notice to the parties." Id. at 2. To date, nothing has been filed.

///
///
///
///
///
///

1

1 | Accordingly, this case is hereby DISMISSED with prejudice for failure to comply
2 | with the applicable rules and orders of this Court. The Clerk of the Court is directed to
3 | close this case.
4 | IT IS SO ORDERED.
5 | Dated: August 8, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE